## Ben CHANEY v. STATE.

### No. 16088.

Court of Criminal Appeals of Texas.

May 31, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of ten years.

A plea of guilty was entered. The trial was had before the judge in accord with the provisions of the law. No statement of facts or bills of exception are found in the record. No error has been perceived.

The judgment is affirmed.

## CHANEY v. STATE (three cases).

### Nos. 16089–16091.

Court of Criminal Appeals of Texas.

May 31, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for ten years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## CHANEY v. STATE.

### No. 16092.

Court of Criminal Appeals of Texas.

May 31, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, kidnapping; the punishment, 50 years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.